# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **CRIMINAL NO. 16-254 (PAD)** |
| **ALFREDO VARGAS,** | |
| Defendant. | |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Alfredo Vargas (Docket No. 25), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Information.

The court notes that a Presentence Investigation Report was ordered and the Sentencing Hearing set for July 20, 2016 at 10:00 a.m. (Docket No. 24). The parties shall file their sentencing memoranda not later than July 6, 2016.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of May, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge